**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1838**

_____

JAMES NATHANIEL DOUSE,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA; GREYLOCK MCKINNON ASSOCIATES,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:24-cv-00277-M-BM)

_____

Submitted:  January 23, 2025               Decided:  January 27, 2025

_____

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

James Nathaniel Douse, Appellant Pro Se.  J. Dickson Philips, III, Chapel Hill, North Carolina, Preetha Suresh Rini, ROBINSON, BRADSHAW & HINSON, P.A., Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Nathaniel Douse seeks to appeal the district court's order granting Defendant Greylock McKinnon Associates' ("GMA") motion for an extension of time to respond to Douse's complaint in the underlying civil litigation.  Douse has also filed a combined motion to compel the production of documents, to rescind or reverse the district court's order granting the extension of time, and to hold GMA in default.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Douse seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny all pending motions and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2